IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| CONSTELLATION IP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AVIS BUDGET GROUP, INC., et al. <br><br> Defendants. | Civil Action No. 5:07-cv-00038-LED-CMC |

**ORDER**

Came before the Court Defendants FedEx Corporation and FedEx Corporate Services, Inc.'s Fourth Unopposed Motion for Leave to Supplement Invalidity Contentions with revised contentions dated February 29, 2008. Upon review of the Motion, and the other papers on file, the Court finds that there is good cause for the Unopposed Motion to be GRANTED. It is so ORDERED.

**SIGNED this 4th day of April, 2008.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE