IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| CONSTELLATION IP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AVIS BUDGET GROUP, INC., et al. <br><br> Defendants. | Civil Action No. 5:07-cv-00038-LED-CMC |

# ORDER

Came before the Court Defendants FedEx Corporation and FedEx Corporate Services, Inc.'s Fifth Unopposed Motion for Leave to Supplement Invalidity Contentions with supplemental contentions produced on March 20, 2008, and April 9, 2008. Upon review of the Motion, and the other papers on file, the Court finds that there is good cause for the Unopposed Motion to be GRANTED. It is so ORDERED.

**SIGNED this 12th day of May, 2008.**

*/s/ Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE