IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| CONSTELLATION IP, LLC § | | |
| Plaintiff § | | |
| § | | |
| V. § | No. 5:07CV38 | |
| § | | |
| AVIS BUDGET GROUP, INC., ET AL. § | | |
| Defendants § | | |

### ORDER SETTING HEARING

Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for Assignment of Duties to United States Magistrate Judges, the above-referenced cause of action was referred to the undersigned for pretrial purposes.  The Court hereby schedules for hearing July 21, 2008 at 10:00 a.m. the following motions.  The following time limits for the motions set for hearing will apply.

(1) Defendants FedEx Corporation and FedEx Corporate Services, Inc.'s Motion for Partial Summary Judgment Regarding the Date of Invention of U.S. Patent No. 6,453,302 (Docket Entry # 289)(15  minutes per side); (2) Defendants FedEx Corporation and FedEx Corporate Services, Inc.'s Motion for Summary Judgment of Invalidity and/or Unenforceability of U.S. Patent No.6,453,302 Based on Incorrect Inventorship (Docket Entry # 290)(20 minutes per side); (3) Defendants FedEx Corporation and FedEx Corporate Services, Inc.'s Motion for Summary Judgment on Grounds that Constellation's Rights Under the '302 Patent are Exhausted by its Broad Licenses to Microsoft and Oracle (Docket Entry # 291)(30 minutes per side); (4) Defendant FedEx Corporation's Motion for Summary Judgment and Dismissal (Docket Entry # 292)(20 minutes per side); and (5) Defendants FedEx Corporation's Motion for Summary Judgment and Dismissal Based on Anticipation (Docket Entry # 294)(30 minutes per side).

**ORDERED** that the above-referenced summary judgment motions are hereby scheduled for hearing before the undersigned at **10:00 a.m** on July 21, 2008 at the United States District Court, 500 N. Stateline, Fourth Floor Courtroom, Texarkana Texas.

**SIGNED this 3rd day of July, 2008.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE